# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 26, 2016

## NO. 03-14-00637-CR

**Christopher Roberts, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 403RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment to state that the "Statute for Offense" is "19.02(b)(1), (c) Penal Code." The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.